# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JACOB ENRIQUEZ,

        Plaintiff,

v.                                       Case No. 25-CV-1285

CITY OF MILWAUKEE,
MILWAUKEE POLICE DEPARTMENT,
POLICE OFFICER BRADLEY JOHNSON, and
POLICE OFFICER THOMAS KRESA

        Defendants.

## DEFENDANTS, CITY OF MILWAUKEE, MILWAUKEE POLICE DEPARTMENT, BRADLEY JOHNSON, AND THOMAS KRESA'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COME the Defendants, City of Milwaukee, Milwaukee Police Department, Bradley Johnson, and Thomas Kresa ("Answering Defendants"), by their attorney, Evan C. Goyke, City Attorney, represented by Assistant City Attorney Matteo Reginato, hereby submit the following Answer and Affirmative Defenses to Plaintiff's Complaint:

## PARTIES

1.      **Answering ¶ 1**, lack knowledge and information sufficient to form a belief as to the allegations contained therein and therefore deny the same putting Plaintiff specifically to his proof thereon.

2.      **Answering ¶ 2**, admit the City of Milwaukee is a municipal entity organized and existing pursuant to Wisconsin law with offices at said address.

3.      **Answering ¶ 3**, admit.

4.      **Answering ¶ 4**, deny.

5. **Answering ¶ 5**, admit.

6. **Answering ¶ 6**, admit that Officers Johnson and Kresa acted consistent with their authority and within the scope of their employment at all times relevant to this lawsuit; as further answer, deny Plaintiff's description as either complete or correct.

## JURISDICTION AND VENUE

7. **Answering ¶ 7**, admit that Plaintiff brings this action under 42 U.S.C. § 1983, and that the Court has jurisdiction over Plaintiff's federal claims as alleged; as further answer, deny Plaintiff's description as either complete or correct.

8. **Answering ¶ 8**, admit venue is proper in the United States District Court for the Eastern District of Wisconsin with respect to the federal claims; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

## FACTUAL BACKGROUND

9. **Answering ¶ 9**, admit.

10. **Answering ¶ 10**, deny Plaintiff's description as either complete or correct.

11. **Answering ¶ 11**, deny Plaintiff's description as either complete or correct.

12. **Answering ¶ 12**, deny Plaintiff's description as either complete or correct.

13. **Answering ¶ 13**, admit.

14. **Answering ¶ 14**, deny Plaintiff's description as either complete or correct.

15. **Answering ¶ 15**, deny Plaintiff's description as either complete or correct.

16. **Answering ¶ 16**, deny Plaintiff's description as either complete or correct.

17. **Answering ¶ 17**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

2

18.     **Answering ¶ 18**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

19.     **Answering ¶ 19**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

20.     **Answering ¶ 20**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

21.     **Answering ¶ 21**, admit that Plaintiff received medical attention at Target and Ascension Hospital.

22.     **Answering ¶ 22**, lack knowledge and information sufficient to form a belief as to the allegations contained therein and therefore deny the same putting Plaintiff specifically to his proof thereon; as further answer, these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

<u>**Count I**</u>
**Title 42, United States Code, Section 1983**
**Excessive Force against Kresa**

23.     **Answering ¶ 23**, repeat, reallege, and incorporate herein by reference all allegations, averments, denials and affirmative defenses contained within the rest of this responsive pleading.

24.     **Answering ¶ 24**, this paragraph does not contain any factual assertions and no response is therefore required; however, to the extent this paragraph contains any factual assertions, these Answering Defendants deny the same.  As further answer, deny Plaintiff's description as either complete or correct.

3

25. **Answering ¶ 25**, this paragraph does not contain any factual assertions and no response is therefore required; however, to the extent this paragraph contains any factual assertions, these Answering Defendants deny the same. As further answer, deny Plaintiff's description as either complete or correct.

26. **Answering ¶ 26**, this paragraph does not contain any factual assertions and no response is therefore required; however, to the extent this paragraph contains any factual assertions, these Answering Defendants deny the same. As further answer, deny Plaintiff's description as either complete or correct.

27. **Answering ¶ 27**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

28. **Answering ¶ 28**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

29. **Answering ¶ 29**, deny as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

30. **Answering ¶ 30**, deny.

31. **Answering ¶ 31**, deny; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

32. **Answering ¶ 32**, deny; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

4

33. **Answering ¶ 33**, deny.

### Count II
### Title 42, United States Code, Section 1983
### Failure to Intervene, against Defendant Johnson

34. **Answering ¶ 34**, repeat, reallege, and incorporate herein by reference all allegations, averments, denials and affirmative defenses contained within the rest of this responsive pleading.

35. **Answering ¶ 35**, this paragraph does not contain any factual assertions and no response is therefore required; however, to the extent this paragraph contains any factual assertions, these Answering Defendants deny the same. As further answer, deny Plaintiff's description as either complete or correct.

36. **Answering ¶ 36**, this paragraph does not contain any factual assertions and no response is therefore required; however, to the extent this paragraph contains any factual assertions, these Answering Defendants deny the same. As further answer, deny Plaintiff's description as either complete or correct.

37. **Answering ¶ 37**, deny.

38. **Answering ¶ 38**, deny.

39. **Answering ¶ 39**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

40. **Answering ¶ 40**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

5

41.      **Answering ¶ 41**, deny Plaintiff's description as either complete or correct; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

42.      **Answering ¶ 42**, deny.

43.      **Answering ¶ 43**, deny.

44.      **Answering ¶ 44**, deny.

45.      **Answering ¶ 45**, deny.

**<u>Count III</u>**
**Assault and Battery**

46.      **Answering ¶ 46**, repeat, reallege, and incorporate herein by reference all allegations, averments, denials and affirmative defenses contained within the rest of this responsive pleading.

47.      **Answering ¶ 47**, deny; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

48.      **Answering ¶ 48**, deny; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

49.      **Answering ¶ 49**, deny; as further answer, deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

50.      **Answering ¶ 50**, deny.

51. **Answering ¶ 51**, deny Plaintiff's description as either complete or correct; as further answer, these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil and/or statutory rights as alleged or otherwise.

52. **Answering ¶ 52**, deny.

53. **Answering ¶ 53**, deny.

54. **Answering ¶ 54**, deny.

55. **Answering ¶ 55**, deny.

### <u>Count IV</u>
### *Monell* Liability

**Failure to Train, Discipline, and Supervise**

56. **Answering ¶ 56**, repeat, reallege, and incorporate herein by reference all allegations, averments, denials and affirmative defenses contained within the rest of this responsive pleading.

57. **Answering ¶ 57**, admit that Officers Johnson and Kresa acted consistent with their authority and within the scope of their employment at all times relevant to this lawsuit.

58. **Answering ¶ 58**, deny.

59. **Answering ¶ 59**, deny.

60. **Answering ¶ 60**, deny.

61. **Answering ¶ 61**, deny Plaintiff's description as either complete or correct.

62. **Answering ¶ 62**, deny.

63. **Answering ¶ 63**, deny.

64. **Answering ¶ 64**, deny.

7

**Policies and Customs of Condoning Excessive Force and Rights Violation**

65. **Answering ¶ 65**, repeat, reallege, and incorporate herein by reference all allegations, averments, denials and affirmative defenses contained within the rest of this responsive pleading.

66. **Answering ¶ 66**, deny.

67. **Answering ¶ 67**, deny.

68. **Answering ¶ 68**, deny.

69. **Answering ¶ 69**, deny.

70. **Answering ¶ 70**, deny.

71. **Answering ¶ 71**, deny.

72. **Answering ¶ 72**, deny.

## <u>AFFIRMATIVE DEFENSES</u>

These Answering Defendants hereby submit the following affirmative defenses to Plaintiff's Complaint:

1. The injuries and damages sustained by Plaintiff, if any, were caused in whole or in part by his own actions or omissions, his failure to mitigate, or a combination of such;

2. The injuries and damages sustained by Plaintiff, if any, were caused in whole or in part by the acts or omissions of persons other than these Answering Defendants;

3. The Complaint contains claims that fail to state a claim upon which relief may be granted as against these Answering Defendants;

4. Plaintiff's claims are subject to the prerequisites, limitations and immunities contained within Wis. Stat. § 893.80 including, but not limited to, notice requirements and damages caps;

5. These Answering Defendants are immune from suit under common law and statutory immunities and privileges, including discretionary immunity and qualified immunity;

6. Any claim for punitive damages is not supported by the facts of this case, statutory and common law requirements for recovery of such damages nor the Constitution's limitations on such damages including the due process clause and excessive fines clause;

7. The acts of these Answering Defendants were in good faith, privileged, justified, and not motivated by malice, recklessness or intent to harm;

8. With respect to any and all allegations in the Complaint claiming damages for expenses which may have been paid by subrogated entities, these Answering Defendants deny that Plaintiff is entitled to recover the same;

9. The injuries and damages, if any, were not caused by a governmental policy or practice of these Answering Defendants; and

10. These Answering Defendants reserve the right to amend this Answer to assert additional defenses as discovery proceeds.

WHEREFORE, these Answering Defendants respectfully request judgment as follows:

a. For a dismissal of Plaintiff's Complaint upon its merits;

b. For the costs and disbursements of this action;

c. For reasonable actual attorneys' fees pursuant to 42 U.S.C. § 1988; and

d. For such other relief as this Court deems just and equitable.

**THESE ANSWERING DEFENDANTS REQUEST A TRIAL BY JURY**

Dated and signed at Milwaukee, Wisconsin 17th day of September, 2025.

EVAN C. GOYKE
City Attorney

s/Matteo Reginato
MATTEO REGINATO
Assistant City Attorney
State Bar No. 1089724
*Attorneys for Defendants City of Milwaukee, Milwaukee Police Department, Bradley Johnson and Thomas Kresa*

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Email: MReginato@milwaukee.gov

2025-001575/00000000000468

9